

# Fourth Court of Appeals
## San Antonio, Texas

April 14, 2021

No. 04-21-00099-CV

**IN RE** Catalina **SALAZAR**, Relator

Original Proceeding[1]

**ORDER**

Relator's petition for writ of mandamus and motion for temporary relief are DENIED. This order replaces this court's administrative order of March 25, 2021.

It is so **ORDERED** on April 14, 2021.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of April, 2021.

_____
Michael A. Cruz, Clerk of Court

---

[1]This proceeding arises out of Cause No. 17-0846-CV, styled *Garza v. Salazar*, pending in the 25th Judicial District Court, Guadalupe County, Texas, the Honorable Jessica Crawford presiding.